B1 (Official Form 1)(04/10)

| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS | **Voluntary Petition** |
|---|---|

| Name of Debtor (If individual, enter Last, First, Middle):<br>**Carter, Mark Alan** | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>**Carter, Rhonda Cay** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**None.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Rhonda soberg** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)<br>No./Complete EIN (if more than one, state all):<br>**8405 / None.** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)<br>No./Complete EIN (if more than one, state all):<br>**0201 / None.** |
| Street Address of Debtor (No. & Street, City, and State):<br>**231 N State St<br>Poplar Grove, IL** | Street Address of Debtor (No. & Street, City, and State):<br>**231 N State St<br>Poplar Grove, IL** |
| ZIP CODE  **61065** | ZIP CODE  **61065** |
| County of Residence or of the Principal Place of Business:<br>**Boone** | County of Residence or of the Principal Place of Business:<br>**Boone** |
| Mailing Address of Debtor (If different from street address):<br>**None** | Mailing Address of Joint Debtor (If different from street address):<br>**None.** |
| ZIP CODE | ZIP CODE |

| Location of Principal Assets of Business Debtor (If different from street address above) :<br>**None.** |
|---|
| ZIP CODE |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box.)<br>☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.* | **Nature of Business**<br>(Check one box.)<br>☐ Health Care Business, Single Asset Real Estate as defined in 11 U.S.C. § 101(51B), Railroad, Stockbroker, Commodity Broker, Clearing Bank, Other | **Chapter of Bankruptcy Code Under**<br>**Which the Petition is Filed** (Check one box)<br>☑ Chapter 7 |
|---|---|---|
| | **Tax Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☐ Debts are primarily business debts. |

| **Filing Fee**<br>(Check one box.)<br>☑ Full Filing Fee attached.<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business as defined in 11 USC Sec. 101(51D).<br>☐ Debtor is not a small business as defined in 11 USC Sec. 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>-------------------------<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. Sec. 1126(b). |
|---|---|

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT<br>USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |
| Estimated Number of Creditors<br>☑ 1-49 ☐ 50-99 ☐ 100-199 ☐ 200-999 ☐ 1,000-5,000 ☐ 5,001-10,000 ☐ 10,001-25,000 ☐ 25,001-50,000 ☐ 50,001-100,000 ☐ Over 100,000 | |
| Estimated Assets<br>☑ $0 to $50,000 ☐ $50,001 to $100,000 ☐ $100,001 to $500,000 ☐ $500,001 to $1 million<br>☐ $1,000,001 to $10 million ☐ $10,000,001 to $50 million ☐ $50,000,001 to $100 million ☐ $100,000,001 to $500 million ☐ $500,000,001 to $1 billion ☐ More than $1 billion | |
| Estimated Debts<br>☑ $0 to $50,000 ☐ $50,001 to $100,000 ☐ $100,001 to $500,000 ☐ $500,001 to $1 million<br>☐ $1,000,001 to $10 million ☐ $10,000,001 to $50 million ☐ $50,000,001 to $100 million ☐ $100,000,001 to $500 million ☐ $500,000,001 to $1 billion ☐ More than $1 billion | |

B1 (Official Form 1) (04/10)                                                                                                    Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** **Mark Alan Carter   Rhonda Cay Carter** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  None. | Case Number:  None. | Date Filed:  None. |
| Location Where Filed:  None. | Case Number:  None. | Date Filed:  None. |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:  None. | Case Number:  None. | Date Filed:  None. |
| District:  None. | Relationship:  None. | Judge:  None. |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).  X _____ Signature of Attorney for Debtor(s)        Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

Name of landlord that obtained judgment:
Address of landlord:

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

B1 (Official Form 1) (04/10)

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**Mark Alan Carter   Rhonda Cay Carter** | Form B1, Page 3 |
|---|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I request relief in accordance with the chapter of title 11, UNITED STATES CODE, specified in this petition.

X _____
Signature of Debtor, Mark Alan Carter

X _____
Signature of Joint Debtor, **Rhonda Cay Carter**

_____
Telephone Number (if not represented by attorney)

4-13-11
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

### Signature Of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Misty Weaver-Ostinato
_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

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
_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

504 South Lakeview Dr
_____

Cross Junction, VA 22625
_____
Address

X _____
3/4/11
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or*

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### _____ DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. _____ |
| Mark Alan Carter | ) | |
| Rhonda Cay Carter | ) | |
| Debtor(s). | ) | |

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

☒ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the

following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here. J*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4.1 am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Date: _4/12/11_           _____
                             Mark Alan Carter, Signature of Debtor

B 1D (Official Form 1, Exhibit D) (12/09)

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
_____ DIVISION

| In re | ) | Case No. _____ |
|---|---|---|
| Mark Alan Carter | ) | |
| Rhonda Cay Carter, | ) | |
| Debtor(s). | ) | |

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 145 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the

following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here. J*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❑ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❑ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❑ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❑ Active military duty in a military combat zone.

❑ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Date: _4-12-11_

_Rhonda C Carter_
Rhonda Cay Carter, (Signature of Joint Debtor, if any)

B6 Summary (Official Form 6 - Summary) (12/07)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re      **Mark Alan Carter,**                                      Case No.
           **Rhonda Cay Carter,**

                              Debtor(s).              Chapter 7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| **A - REAL PROPERTY** | YES | 1 | $ 0.00 | | |
| **B - PERSONAL PROPERTY** | YES | 3 | $14,100.00 | | |
| **C - PROPERTY CLAIMED AS EXEMPT** | YES | 1 | | | |
| **D - CREDITORS HOLDING SECURED CLAIMS** | YES | 1 | | $8,100.00 | |
| **E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS** (TOTAL OF CLAIMS ON SCHEDULE E) | YES | 1 | | $ 0.00 | |
| **F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS** | YES | 8 | | $243,525.73 | |
| **G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES** | YES | 1 | | | |
| **H - CODEBTORS** | YES | 1 | | | |
| **I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)** | YES | 1 | | | $ 3,269.00 |
| **J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)** | YES | 1 | | | $ 3,028.00 |
| TOTAL | | 19 | $14,100.00 | $251,625.73 | |

Form 6 - Statistical Summary (12/07)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS**

In re   Mark Alan Carter,                                    Case No.
         Rhonda Cay Carter,

                              Debtor(s).                     Chapter 7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES
## AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159. Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | **$ 0.00** | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | **$ 0.00** | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | **$ 0.00** | |
| Student Loan Obligations (from Schedule F) | $0.00 | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 | |
| **TOTAL** | **$   0.00** | |
| **State the following:** | | |
| Average Income (from Schedule I, Line 16) | **$ 3,269.00** | |
| Average Expenses (from Schedule J, Line 18) | **$ 3,028.00** | |
| Current Monthly Income (from Form 22 A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $3269.00 | |
| **State the following:** | | |
| Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$  0.00** |
| Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | **$ 0.00** | |
| Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$ 0.00** |
| Total from Schedule F | | **$243,525.73** |
| Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $243,525.73 |

B6A (Official Form 6A) (12/07)

In re    Mark Alan Carter,                           Case No.

                        Debtor(s).            Chapter 7

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife or both own the property by placing an "H," "W," "J," or "C" in the column labeled "H, W, J or C."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J or C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTIONS | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None. | | | | |
| | Total | | $0.00 | |

**SCHEDULE A - REAL PROPERTY  1 - 1**

B6B (Official Form 6B) (12/07)

In re    **Mark Alan Carter,**                              **Case No.**
         **Rhonda Cay Carter,**
                              **Debtor(s).**               **Chapter 7**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N o n e | DESCRIPTION AND LOCATION OF PROPERTY | H W J or C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.   Cash on hand. | X | | | $ 0.00 |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking, Bank of America 231 N State St Poplar Grove, IL 61065 | J | 600.00 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | | Rental deposit 231 N State St Poplar Grove, IL 61065 | J | 1000 |
| 4.   Household goods and furnishings, including audio, video and computer equipment. | | Household Good, TV, Stereo, Laptop 231 N State St Poplar Grove, IL 61065 | J | 800 |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc and other collections or collectibles. | | CD's 231 N State St Poplar Grove, IL 61065 | J | 100.00 |
| 6.   Wearing apparel. | | Wearing apparel 231 N State St Poplar Grove, IL 61065 | J | 600.00 |
| 7.   Furs and jewelry. | X | | | $ 0.00 |
| 8.   Firearms and sports, photographic and other hobby equipment. | X | | | $ 0.00 |
| 9.   Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | $ 0.00 |
| 10.  Annuities.  Itemize and name each issuer. | X | | | $ 0.00 |

**SCHEDULE B - PERSONAL PROPERTY  1 - 3**

B6B (Official Form 6B) (12/07)

In re   **Mark Alan Carter,**                              Case No.
        **Rhonda Cay Carter,**

                          Debtor(s).              Chapter 7

| TYPE OF PROPERTY | N o n e | DESCRIPTION AND LOCATION OF PROPERTY | H W J or C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | $ 0.00 |
| 12. Interests in IRA, ERISA, Keogh or other pension or profit sharing plans. Give particulars. | | 401k 231 N State St Poplar Grove, IL 61065 | W | 1000 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | $ 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | $ 0.00 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | $ 0.00 |
| 16. Accounts receivable. | X | | | $ 0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | $ 0.00 |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | $ 0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | $ 0.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | $ 0.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | $ 0.00 |
| 22. Patents, copyrights and other intellectual property. Give particulars. | X | | | $ 0.00 |
| 23. Licenses, franchises and other general intangibles. Give particulars. | X | | | $ 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | $ 0.00 |

**SCHEDULE B - PERSONAL PROPERTY  2 - 3**

B6B (Official Form 6B) (12/07)

In re    **Mark Alan Carter,**            Case No.
         **Rhonda Cay Carter,**
                           Debtor(s).     Chapter 7

| TYPE OF PROPERTY | None | DESCRIPTION AND LOCATION OF PROPERTY | H W J or C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers and other vehicles. | | 1992 Ford F-150, 160k miles 231 N State St Poplar Grove, IL 61065 | H | 800.00 |
| | | 2003 Chrysler PT Cruiser, 104k miles 231 N State St Poplar Grove, IL 61065 | J | 8100.00 |
| 26. Boats, motors and accessories. | X | | | $ 0.00 |
| 27. Aircraft and accessories. | X | | | $ 0.00 |
| 28. Office equipment, furnishings, and supplies. | X | | | $ 0.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | $ 0.00 |
| 30. Inventory. | X | | | $ 0.00 |
| 31. Animals. | X | | | $ 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | $ 0.00 |
| 33. Farming equipment and implements. | X | | | $ 0.00 |
| 34. Farm supplies, chemicals, and feed. | X | | | $ 0.00 |
| 35. Other personal property of any kind not already listed. Itemize. | | Misc Tools 231 N State St Poplar Grove, IL 61065 | J | 1100.00 |
| | | | Total | **$14,100.00** |

**SCHEDULE B - PERSONAL PROPERTY  3 - 3**

B6C (Official Form 6C) (04/10)

In re    **Mark Alan Carter,**                                   **Case No.**

                        **Debtor(s).**                           **Chapter 7**


# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemption to which the debtor is entitled under:    □ Check if debtor claims a homestead exemption that exceeds
(check one box)                                                        $146,450.
☑    11 U.S.C. 522(b)(2)                                              *Amount subject to adjustment on 4/01/13 and every three years thereafter*
□    11 U.S.C. 522(b)(3)                                              *with respect to cases commenced on or after date of adjustment.*

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| CD's | 11 U.S.C. § 522(d)(3) | $ 100.00 | $ 100.00 |
| Checking, Bank of America | 11 U.S.C. § 522(d)(3) | $ 600.00 | $ 600.00 |
| Household Good, TV, Stereo, Laptop | 11 U.S.C. § 522(d)(3) | $ 800.00 | $ 800.00 |
| Misc Tools | 11 U.S.C. § 522(d)(6) | $1,100.00 | $1,100.00 |
| Wearing apparel | 11 U.S.C. § 522(d)(3) | $ 600.00 | $ 600.00 |
| Rental deposit | 11 U.S.C. § 522(d)(3) | $1,000.00 | $1,000.00 |
| 401k | Tax exempt retirement accounts | $1,000.00 | $1,000.00 |
| 1992 Ford F-150, 160k miles | 11 U.S.C. § 522(d)(3) | $ 800.00 | $ 800.00 |

B6D (Official Form 6D) (12/07)

In re    **Mark Alan Carter,**                                           Case No.

                              **Debtor(s).**                              Chapter 7

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ **Check this box if debtor has no creditors holding secured claims to report on this Schedule D.**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J or C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Acct. No. unknown <br><br> St George Auto Gallery <br> 635 E St George Blvd <br> St George, UT 84770 | | J | 5/2010 <br> auto loan <br> PT Cruiser <br><br> VALUE  $8,100.00 | | | | $8,100.00 | $0.00 |
| | | | Subtotal <br> (Total of this page) | | | | $8,100.00 | $  0.00 |
| | | | Total <br> (Use only on last page) | | | | $8,100.00 | $  0.00 |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

**SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS  1 - 1**

B6E (Official Form 6E) (04/10)

In re    Mark Alan Carter,                                    Case No. 

                           Debtor(s).                         Chapter 7

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, *if any*, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.  Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child , by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors.  If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. Sec. 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of a debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. Sec. 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. Sec. 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. Sec. 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. Sec. 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. Sec. 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. Sec. 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. Sec. 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. Sec. 507(a)(10).

*Amounts are subject to adjustment on April 1, 2013, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6F (Official Form 6F) (12/07)

In re    **Mark Alan Carter,**                              Case No.

                    **Debtor(s).**                    Chapter 7

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ **Check this box if debtor has no creditors holding unsecured non-priority claims to report on this Schedule F.**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J o r C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct. No. 2598 <br><br> Americredit <br> PO Box 181145 <br> Arlington TX 76096 | | J | 6/2005 <br><br> car payments | | | | $17,079.00 |
| Acct. No. 1383 <br><br> Aqua Illinois Inc <br> PO Box 328 <br> Bryn Maur PA 19010 | | W | 7/2010 <br><br> utility | | | | $ 462.03 |
| Acct. No. uk <br><br> Bank of America <br> PO Box 2493 <br> Norfolk VA 23501 | | H | 2010 <br><br> bank account | | | | $1,160.00 |
| Acct. No. uk <br><br> Black Hawk Bank <br> PO Box 719 <br> Beloit WI 53511 | | H | 2008 <br><br> bank account | | | | $ 976.00 |
| | | | | | | Subtotal | $19,677.03 |

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS  1 - 8**

B6F (Official Form 6F) (12/07)

In re   **Mark Alan Carter,**                                        Case No.

                    Debtor(s).                              Chapter 7

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J or C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct. No. 0467<br><br>Bresnar Coomunications<br>4200 International<br>Carrollton TX 75007 | | J | 8/2009<br><br>utilities | | | | $ 543.00 |
| Acct. No. uk<br><br>Bruces Rental<br>42 S River Rd<br>St George UT 84790 | | J | 5/2010<br><br>furniture | | | | $4,200.00 |
| Acct. No. 8050<br><br>Capital One<br>PO Box 30285<br>Salt Lake City UT 84130 | | H | uk<br><br>credit card | | | | $2,100.00 |
| Acct. No. uk<br><br>Cingular Wireless AT&T<br>17000 Contrell Rd<br>Little Rock AR 72223 | | J | uk<br><br>cell phone | | | | $1,117.00 |
| Acct. No. 8061<br><br>ComEd<br>PO Box 6111<br>Carol Stream IL 60197 | | H | 11/2006<br><br>utility | | | | $ 962.27 |
| Acct. No. 2029<br><br>Cornwall Tools<br>667 Seville Rd<br>Wadsworth OH 44281 | | H | 5/2006<br><br>toolbox | | | | $3,737.00 |
| | | | | | | Subtotal | $12,659.27 |

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS  2 - 8**

B6F (Official Form 6F) (12/07)

In re    Mark Alan Carter,                                    Case No.

                          Debtor(s).                          Chapter 7

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J or C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct. No. uk<br><br>Direct TV<br>PO Box 6550<br>Greenwood Village CO 80155 | | J | uk<br><br>utilities | | | | $ 900.00 |
| Acct. No. 7775<br><br>Dish Network<br>131 Tower Park Dr<br>Waterloo IA 50704 | | J | 2006<br><br>utility | | | | $ 909.00 |
| Acct. No. 7462<br><br>Double Day Book Club<br>PO Box 916400<br>Rantoul IL 61866 | | J | 8/2010<br><br>book club | | | | $ 218.00 |
| Acct. No. 8508<br><br>First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls SD 57107 | | J | 9/2006<br><br>credit card | | | | $ 683.00 |
| Acct. No. 1232<br><br>GEMB Paypal<br>PO Box 981400<br>El Paso TX 79998 | | H | 10/2009<br><br>credit card | | | | $2,999.00 |
| Acct. No. 6A00<br><br>General Insurance<br>PO Box 305054<br>Nashville TN 37214 | | H | 7/2010<br><br>auto ins | | | | $ 211.00 |
| | | | | | | Subtotal | $5,920.00 |

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS  3 - 8**

B6F (Official Form 6F) (12/07)

In re     Mark Alan Carter,                                    Case No.

                          Debtor(s).              Chapter 7

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJ or C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct. No. 2634<br><br>HSBC Orchard Bank<br>PO Box 60102<br>City of Industry CA 91716 | | J | 9/2008<br><br>credit card | | | | $2,000.00 |
| Acct. No. 9772<br><br>Inter Mountain Healthcare<br>PO Box 64378<br>St Paul MN 55164 | | J | 9/2010<br><br>medical | | | | $1,038.00 |
| Acct. No. IL76<br><br>Interstate Landing<br>20701 N Scottsdale #107<br>Scottsdale AZ 85255 | | J | 10/2009<br><br>car payments | | | | $7,523.00 |
| Acct. No. uk<br><br>Jeffery/Amber Gammons<br>137 Alton Ct<br>Appleton WI 54911 | | J | uk<br><br>landlord, past rent | | | | $3,900.00 |
| Acct. No. 6130<br><br>Merrick Bank<br>PO Box 1500<br>Draper UT 84020 | | J | 10/2005<br><br>credit card | | | | $1,972.00 |
| Acct. No. 1128<br><br>MHS Medical Systems<br>PO Box 740<br>Elkhara WI 53121 | | J | 9/2005<br><br>medical | | | | $ 753.00 |
| | | | | | | Subtotal | $17,186.00 |

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS  4 - 8**

B6F (Official Form 6F) (12/07)

In re    Mark Alan Carter,                          Case No.

                    Debtor(s).          Chapter 7

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J or C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct. No. 7111<br><br>Nicos<br>Po Box 0632<br>Aurora IL 60507 | | J | 11/2010<br><br>gas | | | | $1,192.00 |
| Acct. No. 1298<br><br>Ob/Gyn Asst of Rockford<br>6030 Garrat Lane<br>Rockford IL 61107 | | W | 9/2010<br><br>medical | | | | $ 362.68 |
| Acct. No. 3815<br><br>Ocwen loan Servicing<br>PO Box 13716<br>Sacramento CA 95853 | | J | 8/2006<br><br>house foreclosed 2006 | | | | $150,118.00 |
| Acct. No. 5552<br><br>OSF St Anthony Health Care<br>5510 East State St<br>Rockford IL 61108 | | W | 7/2010<br><br>medical | | | | $ 796.13 |
| Acct. No. uk<br><br>OSI Centagra Medical<br>4201 Medical Center Dr<br>McHany IL 60050 | | J | 6/2006<br><br>medical | | | | $1,346.00 |
| Acct. No. 2770<br><br>Questar Gas<br>2790 Decker Lake Dr<br>West Valley UT 84119 | | J | 8/2009<br><br>utility | | | | $ 293.00 |
| | | | | | | Subtotal | $154,107.81 |

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS  5 - 8**

B6F (Official Form 6F) (12/07)

In re    **Mark Alan Carter,**                          Case No.

                          **Debtor(s).**              **Chapter 7**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J o r C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct. No. uk<br><br>Rent A Center<br>1380 S Providence Center Suite D<br>Cedar City UT 84721 | | W | 12/2010<br><br>tv | | | | $3,200.00 |
| Acct. No. 7151<br><br>Rockford Ambulatory Center<br>1016 Featherstone Rd<br>Rockford IL 61107 | | W | 7/2010<br><br>medical | | | | $ 845.51 |
| Acct. No. uk<br><br>Rockford Anesthesiologist<br>2929 N Main St<br>Rockford IL 61103 | | W | 6/2010<br><br>medical | | | | $ 400.00 |
| Acct. No. 6354<br><br>Rockford Health Physicians<br>Dept CH<br>Palatins IL 60055 | | W | 6/2010<br><br>medical | | | | $1,500.00 |
| Acct. No. 2212<br><br>Rockford Radiology<br>PO Box 1796<br>Brookfield WI 53008 | | W | 8/2010<br><br>medical | | | | $ 191.00 |
| Acct. No. 1000<br><br>Santander Consumer USA<br>8585 N Stemmons FW #1000<br>Dallas TX 75247 | | J | 1/2007<br><br>car payments | | | | $13,097.00 |
| | | | | | | Subtotal | $19,233.51 |

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS  6 - 8**

B6F (Official Form 6F) (12/07)

In re   Mark Alan Carter,                              Case No.

                        Debtor(s).                     Chapter 7

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJ or C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct. No. 8570<br><br>Seventh Ave<br>1112 7th Ave<br>Monroe WI 53566 | | J | 8/2007<br><br>credit card | | | | $ 132.00 |
| Acct. No. uk<br><br>Sprint Wireless<br>PO Box 6600775<br>Dallas TX 75226 | | H | 2007<br><br>cell phone | | | | $1,511.00 |
| Acct. No. uk<br><br>Stewart Willa moen<br>304 Candlewick Dr SE<br>Poplar Grove IL 61065 | | J | 9/2010<br><br>old rent | | | | $2,700.00 |
| Acct. No. 2809<br><br>Swedish American Hosp<br>1401 East State St<br>Rockford IL 61104 | | W | 7/2010<br><br>medical | | | | $ 276.11 |
| Acct. No. uk<br><br>Verizon Wireless<br>PO Box 1850<br>Folsom CA 95630 | | J | 5/2009<br><br>cell phone | | | | $1,837.00 |
| Acct. No. 2659<br><br>VIC College of Medicine<br>Po Box 4689<br>Rockford IL 61110 | | H | 9/2010<br><br>medical | | | | $1,000.00 |
| | | | | | | Subtotal | $7,456.11 |

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS  7 - 8**

B6F (Official Form 6F) (12/07)

In re   **Mark Alan Carter,**                                    Case No.

                              **Debtor(s).**              Chapter 7

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J or C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct. No. uk<br><br>Village of Capron Water Dept<br>115 4th St<br>Capron IL 61012 | | J | 2008<br><br>water bill | | | | $ 476.00 |
| Acct. No. uk<br><br>Wells Fargo Bank<br>420 Montgomery St<br>San Francisco CA 94104 | | J | 2010<br><br>bank account | | | | $3,009.00 |
| Acct. No. uk<br><br>Wood Forest Bank<br>Po Box 7889<br>Woodlands TX 77387 | | J | 2009<br><br>bank account | | | | $3,801.00 |
| | | | | | | Subtotal | $7,286.00 |
| | | | | | | Total<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $243,525.73 |

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS  8 - 8**

B6G (Official Form 6G) (12/07)

In re    **Mark Alan Carter,**                                          Case No.

Debtor(s).                        Chapter 7

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| None. | |

B6H (Official Form 6H) (12/07)

In re   **Mark Alan Carter,**                                   **Case No.**

                                **Debtor(s).**                   **Chapter 7**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| None. | |

B6I (Official Form 6I) (12/07)

**In re**   **Mark Alan Carter,**                                            **Case No.**

                                        **Debtor(s).**          **Chapter 7**

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married, Not Separated | RELATIONSHIP:<br>2 sons, 2 daughters | AGE:<br>7, 11, 17, 19 |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Mechanic | Customer Service |
| Name of Employer | Dagofast Cycle | Snap-on Tools |
| How long employed | 1 yr | 4 yrs |
| Address of Employer | 105 W Grove, Poplar IL 61065 | 3011 Route 176, Crystal Lake IL 60014 |

**Income:** (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (prorate if not paid monthly) | $1,200.00 | $2,639.00 |
| 2. Estimate monthly overtime | 0.00 | 0.00 |
| 3. SUBTOTAL | **$1,200.00** | **$2,639.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|   a. Payroll taxes and social security | 0.00 | $ 102.00 |
|   b. Insurance | 0.00 | $ 468.00 |
|   c. Union dues | 0.00 | 0.00 |
|   d. Other (specify):  None.<br>    None. | 0.00 | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 570.00 |
| 6. TOTAL NET MONTHLY TAKE-HOME PAY | **$1,200.00** | **$2,069.00** |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | 0.00 | 0.00 |
| 8. Income from real property | 0.00 | 0.00 |
| 9. Interest and dividends | 0.00 | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | 0.00 | 0.00 |
| 11. Social security or other government assistance (specify): None. | 0.00 | 0.00 |
| 12. Pension or retirement income | 0.00 | 0.00 |
| 13. Other monthly income (specify):<br>Debtor: None.<br>Spouse: None. | 0.00 | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | **$1,200.00** | **$2,069.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME (Combine column totals from line 15) | **$3,269.00** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document: None.

B6J (Official Form 6J) (12/07)

In re    **Mark Alan Carter,**                                  Case No.

Debtor(s).                                    Chapter 7

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1.  Rent or home mortgage payment (include lot rented for mobile home) | |
|     a. Are real estate taxes included? n/a | $ 895.00 |
|     b. Is property insurance included? n/a | |
| 2.  Utilities: | |
|     a. Electricity and heating fuel | $ 160.00 |
|     b. Water and sewer | $ 120.00 |
|     c. Telephone | $ 160.00 |
|     d. Other (specify): None. | 0.00 |
| 3.  Home maintenance (repairs and upkeep) | $ 80.00 |
| 4.  Food | $ 400.00 |
| 5.  Clothing | $ 200.00 |
| 6.  Laundry and dry cleaning | $ 80.00 |
| 7.  Medical and dental expenses | $ 120.00 |
| 8.  Transportation (not including car payments) | $ 300.00 |
| 9.  Recreation, clubs and entertainment, newspapers, magazines, etc. | 0.00 |
| 10. Charitable contributions | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payment) | |
|     a. Homeowner's or renter's | 0.00 |
|     b. Life | 0.00 |
|     c. Health | 0.00 |
|     d. Auto | $ 113.00 |
|     e. Other (specify): None. | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|     (Specify) None. | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|     a. Auto | $ 400.00 |
|     b. Other: None. | 0.00 |
| 14. Alimony, maintenance and support paid to others | 0.00 |
| 15. Payments for support of additional dependents not living at your home | 0.00 |
| 16. Regular expenses from operation of business, profession or farm (attach detailed statement) | 0.00 |
| 17. Other: None. | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES  (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $3,028.00 |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  None. | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
|     a. Average monthly income from Line 15 of Schedule I | $ 3,269.00 |
|     b. Average monthly expenses from Line 18 above | $3,028.00 |
|     c. Monthly net income (a. minus b.) | $ 241.00 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

| | |
|---|---|
| In re   Mark Alan Carter, | Case No. |
| Rhonda Cay Carter, | |
| Debtor(s). | Chapter 7 |

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 20 sheet(s), and that they are true and correct to the best of my knowledge, information and belief.

Date: 4/12/11                     Signature _____
                                   Mark Alan Carter, Debtor

Date: 4-12-11                     Signature _Rhonda C Carter_
                                   Rhonda Cay Carter, Joint Debtor
                                   (If joint case, both spouses must sign)

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF
### CORPORATION OR PARTNERSHIP

I, the  [the president *or* other officer *or* an authorized agent of the corporation] [*or* a member *or* an authorized agent of the partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 1 sheet(s), and that they are true and correct to the best of my knowledge, information and belief.

Date: _____     by
                                   Signature _____

_____[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER
(See 11 U.S.C. Sec. 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. Sec. 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Misty Weaver-Ostinato
_____
**Printed or typed name of Bankruptcy Petition Preparer**
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
_____
**Social Security No. (Required by 11 U.S.C. Sec. 110(c))**

504 South Lakeview Dr
_____
Cross Junction, VA 22625
_____
Address

**Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:**

_____          _____

_____          _____

**If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.**

_____          3/14/11
Signature of Bankruptcy Petition Preparer          Date

*A bankruptcy petition preparer's failure to comply with the provisions of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. Sec. 110 and 18  U.S.C. Sec. 156.*
*Penalty for making a false statement or concealing property.*
*Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. Secs. 152 and 3571.*

B7 (Official Form 7) (04/10)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re    Mark Alan Carter,                    Case No.

Debtor(s).              Chapter 7

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 7678 | 2011 income |
| 31206 | 2010 income |
| 30876 | 2009 income |
| 27890 | 2008 income |

### 2. Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| n/a | |

STATEMENT OF FINANCIAL AFFAIRS  1 - 13

In re   **Mark Alan Carter,**                              Case No.
        **Rhonda Cay Carter,**

                          **Debtor(s).**          **Chapter 7**

## STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

### 3. Payments to creditors
*Complete a. or b., as appropriate, and c.*

None ☐   3.a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| St George Auto Gallery<br>635 E St George Blvd, St George UT 84770 | 3/2011 | 1200 | 8100 |

None ☑   3.b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| n/a | | | |

None ☑   3.c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| n/a | | | |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☑   4.a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| n/a | | | |

None ☑   4.b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| n/a | | |

STATEMENT OF FINANCIAL AFFAIRS 2 - 13

In re   **Mark Alan Carter,**            Case No.
        **Rhonda Cay Carter,**

                    Debtor(s).           Chapter 7

## STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

### 5. Repossessions, foreclosures, and returns

None   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year**
☐     immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both
      spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR OR SELLER | DATE OF REPOSSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| Santander Consumer USA<br>8585 N Stemmons FW #1000 Dallas<br>TX 75247 | 02/2010 | 2001 Dodge Truck<br>13097 |

### 6. Assignments and receiverships

None   6.a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of the case. (Married debtors filing
☑     under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
      petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR<br>SETTLEMENT |
|---|---|---|
| n/a | | |

None   6.b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this
☑     case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed,
      unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF<br>CUSTODIAN | NAME AND LOCATION OF<br>COURT, CASE TITLE &<br>NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|---|
| n/a | | | |

STATEMENT OF FINANCIAL AFFAIRS  3 - 13

In re    **Mark Alan Carter,**                              Case No.
**Rhonda Cay Carter,**

                           **Debtor(s).**              **Chapter 7**

## STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

### 7. Gifts

None  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members
☑     aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under
      chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
      petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| n/a | | | |

### 8. Losses

None  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.**
☑     (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
      and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| n/a | | |

### 9. Payments related to debt counseling or bankruptcy

None  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under
☐     the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Misty Weaver-Ostinato 504 South Lakeview Dr, Cross Junction, VA 22625 | 2/2011 Same | 125 |
| nana | | |

### 10. Other transfers

None  10.a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security
☑     within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both
      spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| n/a | | |

STATEMENT OF FINANCIAL AFFAIRS  4 - 13

In re   **Mark Alan Carter,**             **Case No.**
**Rhonda Cay Carter,**

                      **Debtor(s).**        **Chapter 7**

## STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

### 10.  Other transfers (continued)

None
☑

10.b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| n/a | | |

### 11.  Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Wells Fargo<br>uk<br>-21008/2010 | Checking<br>uk | -2100 |

### 12.  Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| n/a | | | |

### 13.  Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| n/a | | |

STATEMENT OF FINANCIAL AFFAIRS  5 - 13

In re    **Mark Alan Carter,**                                      Case No.
         **Rhonda Cay Carter,**

                        **Debtor(s).**                    **Chapter 7**

### STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

**14. Property held for another person**

None    List all property owned by another person that the debtor holds or controls.
☑

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| n/a | | |

**15. Prior address of debtor**

None    If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the
☐       commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 140 Harvest Moon Trl, Capron IL 61012 | Same | 2006-2008 |
| 1114 Northfield Ct, Cedar City UT 84721 | Same | 2009-2010 |
| 114 Galahad Ct, Poplar Grove IL 61065 | Same | 2010 |

**16. Spouses and Former Spouses**

None    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas,
☑       Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or
        resided with the debtor in the community property state.

NAME
n/a

STATEMENT OF FINANCIAL AFFAIRS  6 - 13

In re    **Mark Alan Carter,**                              **Case No.**
         **Rhonda Cay Carter,**
                              **Debtor(s).**              **Chapter 7**

## STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

17.a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

17.b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

17.c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

In re    Mark Alan Carter,                                    Case No.
         Rhonda Cay Carter,
                              Debtor(s).                      Chapter 7

## STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

### 18.  Nature, location and name of business

None
☑

18.a.
*If the debtor is an individual,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER ID NO. (ITIN) COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| n/a | | | | |

None
☑

18.b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|
| | |

STATEMENT OF FINANCIAL AFFAIRS  8 - 13

In re   **Mark Alan Carter,**                              **Case No.**
        **Rhonda Cay Carter,**

                          **Debtor(s).**                   **Chapter 7**

## STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, -within six years immediately preceding the commencement of this case. A debtor -who has not been in business -within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☑

19.a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| n/a | |

None
☑

19.b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATE SERVICES RENDERED |
|---|---|---|
| n/a | | |

None
☑

19.c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| n/a | |

None
☑

19.d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| n/a | |

STATEMENT OF FINANCIAL AFFAIRS  9 - 13

In re   **Mark Alan Carter,**                          **Case No.**
        **Rhonda Cay Carter,**

                        **Debtor(s).**              **Chapter 7**

## STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

### 20. Inventories

None
☑         20.a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market, or other basis) |
|---|---|---|
| n/a | | |

None
☑         20.b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| n/a | |

### 21. Current Partners, Officers, Directors and Shareholders

None
☑         21.a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| n/a | | |

None
☑         21.b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| n/a | | |

STATEMENT OF FINANCIAL AFFAIRS  10 - 13

In re    Mark Alan Carter,                                    Case No.
         Rhonda Cay Carter,
                                   Debtor(s).                 Chapter 7

## STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

**22. Former partners, officers, directors and shareholders**

None ☑    22.a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|
| n/a | | |

None ☑    22.b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|
| n/a | | |

**23. Withdrawals from a partnership or distribution by a corporation**

None ☑    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|--------------------------------------------------------|--------------------------------|-------------------------------------------------------|
| n/a | | |

**24. Tax Consolidation Group**

None ☑    If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|---------------------------------------|
| n/a | |

**25. Pension Funds**

None ☑    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------|---------------------------------------|
| n/a | |

\*   \*   \*   \*   \*

STATEMENT OF FINANCIAL AFFAIRS  11 - 13

In re   **Mark Alan Carter,**                              Case No.
        **Rhonda Cay Carter,**
                        Debtor(s).                         Chapter 7

### STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

*[If completed an individual or individual and spouse]*
I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date 4/12/11

Mark Alan Carter
**Signature of Debtor**

Date 4-12-11

Rhonda C Carter

**Signature of Joint Debtor** (if any)

*[If completed on behalf of a partnership or corporation]*
I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date_____ by  _____
                                            **Signature**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

***Penalty for making a false statement:***
***Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.***

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER
(See 11 U.S.C. Sec. 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Misty Weaver Osthnath                                       59-59-2737
Printed or Typed Name and Title, if any, of Bankruptcy Petition    Social Security No. (Required by 11 U.S.C. § 110)
Preparer

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

504 S. Lakeview Dr
Cross Junction VA 22625
Address

_____                            3/14/11
Signature of Bankruptcy Petition Preparer                  Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

_____         _____

STATEMENT OF FINANCIAL AFFAIRS  12 - 13

In re    **Mark Alan Carter,**                                          **Case No.**
         **Rhonda Cay Carter,**

                                **Debtor(s).**                          **Chapter 7**

### STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S. C. § 156.*

STATEMENT OF FINANCIAL AFFAIRS  13 - 13

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re    Mark Alan Carter,                                 Case No.
         Rhonda Cay Carter,
                              Debtor(s).                   Chapter 7

## Chapter 7 Individual Debtor's Statement of Intention

**PART A -** Debts secured by property of the estate.  *(Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:** <br> St George Auto Gallery | **Describe Property Securing Debt:** <br> PT Cruiser |

Property will be *(check one)*:
    ☑ Surrendered   ☐ Retained
If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain:
               (for example, avoid lien using 11 U.S.C. § 522(f))
Property is *(check one)*:
    ☐ Claimed as exempt   ☑ Not claimed as exempt

**PART B -** Personal property subject to unexpired leases.  *(All three columns of Part B must be completed for each unexpired lease.  Attach additional pages if necessary.)*

_____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: 4/12/11

Mark Alan Carter,
Signature of Debtor

Date: 4-12-11

Rhonda Cay Carter,
Signature of Joint Debtor

B 201A (12/09)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

**In re**    Mark Alan Carter,                                      Case No.
Rhonda Cay Carter,
                                Debtor(s).                          Chapter 7

## NOTICE TO CONSUMER DEBTOR(S) UNDER
## §342(b) OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1.  Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2.  The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7:** Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee

may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is
not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1,039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(l) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy

Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx .
[ http://www.uscourts.gov/uscourts/RulesAndPolicies/rules/BK_Forms_Official_2010/B_200_0410.pdf ]

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

Misty Weaver-Ostinato

Printed name and title, if any, of Bankruptcy Petition Preparer
Address:   504 South Lakeview Dr.
          Cross Junction, VA 22625

X _____

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

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

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

Mark Alan Carter,

Printed Name(s) of Debtor(s)

X _____    4/12/11

Signature of Debtor                      Date

Rhonda Cay Carter,

Joint Debtor

X _Rhonda C Carter_____    4-12-11

Signature of Joint Debtor (if any)       Date

Case No. (if known)   _____

B19 (Official Form 19) (12/07)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re     Carter, Mark Alan
          Carter, Rhonda Cay

Case No.

Chapter   7

## DECLARATION AND SIGNATURE OF NON-ATTORNEY
## BANKRUPTCY PETITION PREPARER *(See 11 U.S.C. § 110)*

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared the accompanying document(s) listed below for compensation and have provided the debtor with a copy of the document(s) and the attached notice as required by 11 U.S.C. §§ 110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Accompanying documents:

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer:

Voluntary petition and schedules

Misty Weaver-Ostinato

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

Social-Security No. of Bankruptcy Petition Preparer (Required by 11 U.S.C. § 110):

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

504 South Lakeview Dr

Cross Junction, VA 22625

Address

Signature of Bankruptcy Petition Preparer

Date    3/14/11

Names and social-security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

**A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.**

B19 (Official Form 19) (12/07) – Cont.

## NOTICE TO DEBTOR BY NON-ATTORNEY BANKRUPTCY PETITION PREPARER
*[Must be filed with any document(s) prepared by a bankruptcy petition preparer.]*

I am a bankruptcy petition preparer. I am not an attorney and may not practice law or give legal advice. Before preparing any document for filing as defined in § 110(a)(2) of the Bankruptcy Code or accepting any fees, I am required by law to provide you with this notice concerning bankruptcy petition preparers. Under the law, § 110 of the Bankruptcy Code (11 U.S.C. § 110), I am forbidden to offer you any legal advice, including advice about any of the following:

- whether to file a petition under the Bankruptcy Code (11 U.S.C. § 101 et seq.);
- whether commencing a case under chapter 7, 11, 12, or 13 is appropriate;
- whether your debts will be eliminated or discharged in a case under the Bankruptcy Code;
- whether you will be able to retain your home, car, or other property after commencing a case under the Bankruptcy Code;
- the tax consequences of a case brought under the Bankruptcy Code;
- the dischargeability of tax claims;
- whether you may or should promise to repay debts to a creditor or enter into a reaffirmation agreement with a creditor to reaffirm a debt;
- how to characterize the nature of your interests in property or your debts; or
- bankruptcy procedures and rights.

*[The notice may provide additional examples of legal advice that a bankruptcy petition preparer is not authorized to give.]*

In addition, under 11 U.S.C. § 110(h), the Supreme Court or the Judicial Conference of the United States may promulgate rules or guidelines setting a maximum allowable fee chargeable by a bankruptcy petition preparer. As required by law, I have notified you of this maximum allowable fee, if any, before preparing any document for filing or accepting any fee from you.

| | | | |
|---|---|---|---|
| Signature of Debtor | Date | Joint Debtor (if any) | Date |
| Mark Alan Carter | | Rhonda Cay Carter | |

*[In a joint case, both spouses must sign.]*

## DISCLOSURE OF COMPENSATION OF
## BANKRUPTCY PETITION PREPARER

B280 (Form 280) (10/05)

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

In re

      **Mark Alan Carter,**

                                            **Case No.**

      **Rhonda Cay Carter,**
      **aka: Rhonda soberg**
      *[Set forth here all names including married,*
      *maiden, and trade names used by debtor within*
      *last 8 years.]*
                              **Debtor(s).**

      Address
      **231 N State St**
      **Poplar Grove, IL 61065**

                                              **Chapter 7**

      Last four digits of Social Security or Individual
      Taxpayer-Identification (ITIN) No(s)., (if any):
      **8405, 0201**
      Employer Tax Identification (EIN) No(s). (if any):
      **None.**

*[This form must be filed with the petition if a bankruptcy petition preparer prepares the petition.
11 U.S.C. § 110(h)(2).]*

1. Under 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For document preparation services, I have agreed to accept............... $  125

Prior to the filing of this statement I have received............................ $  125

Balance Due.................................................................................... $  0

2. I have prepared or caused to be prepared the following documents (itemize):
Voluntary Petition, Summary of Schedules, Statistical Summary Of Certain Liabilities And Related Data, Schedule A, Schedule B, Schedule C, Schedule D, Schedule E, Schedule F, Schedule G, Schedule H, Schedule I, Schedule J, Declaration Concerning Debtor's Schedules, Statement of Financial Affairs, and Chapter 7 Individual Debtor's Statement of Intention.

1 - 2

**DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER**
(continuation sheet)

and provided the following services (itemize):

_____

_____

3.  The source of the compensation paid to me was:
     ☑ Debtor

4.  The source of compensation to be paid me is:
     ☑ Other (specify):  na

5.  The foregoing is a complete statement of any agreement or arrangement for payment to me
for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6.  To my knowledge no other person has prepared for compensation a document for filing in
connection with this bankruptcy case except as listed below:

NAME                                         SOCIAL SECURITY NUMBER

_____          _____

_____          _____

**DECLARATION  OF BANKRUPTCY PETITION PREPARER**

   **I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge,
information, and belief.**

_____          **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**                      3/14/11
**Signature**                               Social Security number of bankruptcy      Date
                                     petition preparer (If the bankruptcy
                                     petition preparer is not an individual,
                                     state the Social Security number of the
                                     officer, principal, responsible person or
                                     partner of the bankruptcy petition *preparer*.)
                                     (Required by 11 U.S.C. § 110.)

_____
**Misty Weaver-Ostinato**
**Printed or typed name of Bankruptcy**
**Petition Preparer**

**Address**
**504 South Lakeview Dr**
**Cross Junction, VA 22625**

   *A bankruptcy petition preparer's failure to comply with the provisions of Title 11 and the Federal Rules of
Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. Sec. 110 and 18  U.S.C. Sec. 156.*

2 - 2

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### _____ DIVISION

In the Matter of:                                              )          CASE NO.: _____
                                                               )
    Mark Alan Carter                                       )
    Rhonda Cay Carter                                      )          Chapter   7
                                                               )
                                                               )
                                                               )
                                    Debtor(s).  )

## VERIFICATION OF CREDITOR MATRIX

      The above named debtor(s) hereby verify under penalty of perjury that the attached matrix listing of creditors

is true, correct and accurate to the best of the knowledge and belief of the debtor(s).

Dated: _4/12/11_____                    _____
                                                Mark Alan Carter, Signature of Debtor

                                                _____
                                                Rhonda Cay Carter, (Signature of Joint Debtor, if any)

Americredit
PO Box 181145
Arlington TX 76096


Aqua Illinois Inc
PO Box 328
Bryn Maur PA 19010


Bank of America
PO Box 2493
Norfolk VA 23501


Black Hawk Bank
PO Box 719
Beloit WI 53511


Bresnar Coomunications
4200 International
Carrollton TX 75007


Bruces Rental
42 S River Rd
St George UT 84790


Capital One
PO Box 30285
Salt Lake City UT 84130


Cingular Wireless AT&T
17000 Contrell Rd
Little Rock AR 72223


ComEd
PO Box 6111
Carol Stream IL 60197

Cornwall Tools
667 Seville Rd
Wadsworth OH 44281


Direct TV
PO Box 6550
Greenwood Village CO 80155


Dish Network
131 Tower Park Dr
Waterloo IA 50704


Double Day Book Club
PO Box 916400
Rantoul IL 61866


First Premier Bank
3820 N Louise Ave
Sioux Falls SD 57107


GEMB Paypal
PO Box 981400
El Paso TX 79998


General Insurance
PO Box 305054
Nashville TN 37214


HSBC Orchard Bank
PO Box 60102
City of Industry CA 91716


Inter Mountain Healthcare
PO Box 64378
St Paul MN 55164

Interstate Landing
20701 N Scottsdale #107
Scottsdale AZ 85255


Jeffery/Amber Gammons
137 Alton Ct
Appleton WI 54911


Merrick Bank
PO Box 1500
Draper UT 84020


MHS Medical Systems
PO Box 740
Elkhara WI 53121


Nicos
Po Box 0632
Aurora IL 60507


Ob/Gyn Asst of Rockford
6030 Garrat Lane
Rockford IL 61107


Ocwen loan Servicing
PO Box 13716
Sacremento CA 95853


OSF St Anthony Health Care
5510 East State St
Rockford IL 61108


OSI Centagra Medical
4201 Medical Center Dr
McHany IL 60050

Questar Gas
2790 Decker Lake Dr
West Valley UT 84119


Rent A Center
1380 S Providence Center Suite D
Cedar City UT 84721


Rockford Ambulatory Center
1016 Featherstone Rd
Rockford IL 61107


Rockford Anesthesiologist
2929 N Main St
Rockford IL 61103


Rockford Health Physicians
Dept CH
Palatins IL 60055


Rockford Radiology
PO Box 1796
Brookfield WI 53008


Santander Consumer USA
8585 N Stemmons FW #1000
Dallas TX 75247


Seventh Ave
1112 7th Ave
Monroe WI 53566


Sprint Wireless
PO Box 6600775
Dallas TX 75226

St George Auto Gallery
635 E St George Blvd
St George, UT 84770


Stewart Willa moen
304 Candlewick Dr SE
Poplar Grove IL 61065


Swedish American Hosp
1401 East State St
Rockford IL 61104


Verizon Wireless
PO Box 1850
Folsom CA 95630


VIC College of Medicine
Po Box 4689
Rockford IL 61110


Village of Capron Water Dept
115 4th St
Capron IL 61012


Wells Fargo Bank
420 Montgomery St
San Francisco CA 94104


Wood Forest Bank
Po Box 7889
Woodlands TX 77387